IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVEN HOLMES and PAULETTE HOLMES, | ) ) ) ) |
| PLAINTIFFS, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) ) 3:21-cv-578 |
| FRESENIUS KIDNEY CARE OF TUSKEGEE, SHIRLEY BLEVINS CARRINGTON, ET AL., | ) ) ) ) ) |
| DEFENDANTS. | ) |

## CONFLICT DISCLOSURE STATEMENT

Defendant Bio-Medical Applications of Alabama, Inc. d/b/a Fresenius Kidney Care Tuskegee, incorrectly identified in Plaintiffs' Complaint as Fresenius Kidney Care of Tuskegee ("BMA") by and through its undersigned counsel and pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* and M.D. Ala. LR 7.1, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047. The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Bio-Medical Applications Management Company, Inc. | Parent |
| National Medical Care, Inc. | Affiliate |
| Fresenius Medical Care Holdings, Inc. | Affiliate |

Respectfully submitted,

*/s/ George R. Parker*

George R. Parker (ASB-2248-K74G)
Leigh Anne Hodge (ASB-1008-E49L)
Riley P. Griffin (ASB-3250-C00K)
*Attorneys for Defendant Bio-Medical Applications of Alabama, Inc. d/b/a Fresenius Kidney Care of Tuskegee*

OF COUNSEL
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue
Suite 9075
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
gparker@bradley.com

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
lhodge@bradley.com
rgriffin@bradley.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I served a copy of the foregoing via the Court's electronic filing system and via United States Mail, postage prepaid, upon the following:

H.E. Nix
P.O. Box 241892
Montgomery, Alabama 36124
Telephone: 334-279-7770
Email: cnix@nixattorney.com

Walter E. McGowan
GRAY, LANGFORD, SAPP, MCGOWAN,
GRAY, GRAY & NATHANSON, P.C.
P.O. Box 830239
Tuskegee, Alabama 36083-0239

Griffin Sikes, Jr.
Post Office Box 11234
Montgomery, Alabama 36111
sikeslawyer@gmail.com

David W. Proctor
Carl C. Williams
Hall Booth Smith, P.C.
2001 Park Place North, Suite 870
Birmingham, Alabama 35203
Telephone: 205-533-9349
Email: dproctor@hallboothsmith.com
        cwilliams@hallboothsmith.com

_____
George
OF COUNSEL

3