**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

PAULETTE HOLMES,                    )
                                    )
    Plaintiff,          )
                                    )
v.                                  )       Civil Action No.: 3:21-cv-00578-ECM
                                    )
FRESENIUS KIDNEY CARE               )
OF TUSKEGEE, et al.,                )
                                    )
    Defendants.         )

## <u>DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>

Defendant Bio-Medical Applications of Alabama, Inc. d/b/a Fresenius Kidney

Care Tuskegee ("BMA") submits the following evidentiary materials in support of

its motion for summary judgment and supporting memorandum:

1.    **Exhibit 1** – BMA's Verified Discovery Responses

2.    **Exhibit 2** – Plaintiffs' Verified Interrogatory Answers

3.    **Exhibit 3** – Deposition Testimony of Steven Holmes

4.    **Exhibit 4** – Deposition Testimony of Paulette Holmes

5.    **Exhibit 5** – Deposition Testimony of Felicia Butler, RN

Respectfully submitted:

_/s/ Leigh Anne Hodge_
Leigh Anne Hodge (ASB-1008-E49L)
George R. Parker (ASB-2248-K74G)
Hillary Campbell (ASB-5189-G82E)
Stanley E. Blackmon (ASB-8802-T68N)
Carmen Weite (ASB-8084-F10I)
**_Counsel for Defendant Bio-Medical_**
**_Applications of Alabama, Inc. d/b/a_**
**_Fresenius Kidney Care Tuskegee_**

**OF COUNSEL:**
George R. Parker (ASB-2248-K74G)
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
Telephone: (334) 956-7700
gparker@bradley.com

Leigh Anne Hodge (ASB-1008-E49L)
Hillary Campbell (ASB-5189-G82E)
Stanley E. Blackmon (ASB-8802-T68N)
Carmen Weite (ASB-8084-F10I)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
lhodge@bradley.com
hcampbell@bradley.com
sblackmon@bradley.com
cweite@bradley.com

## CERTIFICATE OF SERVICE

This is to certify that on September 20, 2023 the foregoing document was filed with the Clerk of Court using the CM/ECF electronic filing system, which will serve the following counsel of record:

H.E. Nix
P.O. Box 241892
Montgomery, Alabama 36124
Telephone: 334-279-7770
cnix@nixattorney.com

Walter E. McGowan
GRAY, LANGFORD, SAPP, MCGOWAN, GRAY, GRAY & NATHANSON, P.C.
P.O. Box 830239
Tuskegee, Alabama 36083-0239
wem@glsmgn.com

Griffin Sikes, Jr.
Post Office Box 11234
Montgomery, Alabama 36111
sikeslawyer@gmail.com

David W. Proctor
Carl C. Williams
HALL BOOTH SMITH, P.C.
2001 Park Place North, Suite 870
Birmingham, Alabama 35203
dproctor@hallboothsmith.com
cwilliams@hallboothsmith.com

*/s/ Leigh Anne Hodge*
Of Counsel